14 So.2d 600
### Bernice KELLY v. STATE.
4 Div. 296.

Supreme Court of Alabama.

June 30, 1943.

Rehearing Denied Aug. 7, 1943.

J. Hubert Farmer, of Dothan, for the petition.

632

Wm. N. McQueen, Acting Atty. Gen., and Geo. C. Hawkins, Asst. Atty. Gen., opposed.

PER CURIAM.

Petition of Bernice Kelly for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Kelly v. State, 14 So.2d 599.

Writ denied.

GARDNER, C. J., and THOMAS, BROWN, and LIVINGSTON, JJ., concur.